# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:18-CR-330-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CHRISTOPHER J. PETRELLA, | ) |
| | ) |
| Defendant. | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina and Sandra Moser, Acting Chief, Fraud Section, Criminal Division, United States Department of Justice, and for the reasons given, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant in the above-named matter be unsealed.

**SO ORDERED**.

Signed: October 18, 2018

David S. Cayer
United States Magistrate Judge