IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00330-RJC-DSC

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHRISTOPHER J. PETRELLA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 15), the Indictment, (Doc. No. 3), without prejudice, following his guilty plea to an Information filed in Case No. 3:19-cr-101.

**IT IS ORDERED** that the Government's motion, (Doc. No. 15), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: April 1, 2019

Robert J. Conrad, Jr.
United States District Judge